

Edward Y. Kroub  – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

May 24, 2022

<u>**VIA ECF**</u>

The Honorable Judge Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *Abreu v. Whitey Board Company*; Case No. 1:22-cv-01794-LGS

Dear Judge Schofield:

  We represent plaintiff Luigi Abreu ("Plaintiff") in the above-referenced action and submit this letter to respectfully request an adjournment of the initial conference scheduled for June 1, 2022, at 4:10 P.M.  After diligent efforts, and numerous attempts to properly effectuate service, Plaintiff's process server successfully served defendant Whitey Board Company ("Defendant") earlier today via the NY Department of State.  We respectfully request an adjournment of 30 days to give Defendant time to retain counsel and file a responsive pleading.  This is Plaintiff's second request for such an extension.

  We thank the Court for its consideration of this request.

           Respectfully submitted,
           */s/ Edward Y. Kroub*
           EDWARD Y. KROUB

  cc: All Counsel of Record (via ECF)

Application **GRANTED**.  The initial conference scheduled for June 1, 2022, is **ADJOURNED** to **July 6, 2022, at 4:10 p.m.**  By **June 29, 2022**, the parties shall file a joint letter and proposed case management plan. (*See* Dkt. No. 5.)  The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: May 25, 2022
   New York, New York

                LORNA G. SCHOFIELD
               **UNITED STATES DISTRICT JUDGE**